UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 09 CR 672 |
| | ) | |
| ARTURO BELTRAN-LEYVA, | ) | |
| a/k/a "AB-L," | ) | Judge Ronald A. Guzman |
| a/k/a "El Barbas," | ) | |
| MANUEL LAST NAME UNKNOWN, | ) | |
| a/k/a "Manny," | ) | |
| a/k/a "El Musico," and | ) | |
| MANUEL FERNANDEZ-NAVARRO, | ) | |
| a/k/a "La Puerca" | ) | |

**GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO DEFENDANT ARTURO BELTRAN-LEYVA**

The UNITED STATES OF AMERICA, by and through its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, hereby respectfully submits the following motion to dismiss the indictment in this matter with respect to defendant Arturo Beltran-Leyva:

The government has obtained information that defendant Arturo Beltran-Leyva died on or about December 16, 2009. The Government of Mexico informed the government that defendant Beltran-Leyva was killed in Cuernavaca, Morales during a military operation aimed to take defendant into custody. Although the government is not in possession of a death certificate, based on the assurance of the Government of Mexico, the government is confident that defendant Arturo Beltran-Leyva is deceased.

Wherefore, for the reason stated above, the government respectfully requests that the indictment with respect to defendant Arturo Beltran-Leyva be dismissed and the arrest warrant with respect to defendant Arturo Beltran-Leyva be quashed.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: s/Michael Ferrara
MICHAEL FERRARA
Assistant United States Attorneys
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7649

Dated: May 24, 2011

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that the following document:

GOVERNMENT'S MOTION TO DISMISS INDICTMENT AS TO
DEFENDANT ARTURO BELTRAN-LEYVA

was served May 24, 2011, in accordance with Fed. R. Crim. P. 49, Fed. R. Civ. P. 5, LR5.5, and the General Order on Electronic Case filing pursuant to the District Court's Electronic Case Filing (ECF) system as to ECF filers.

Respectfully submitted,
PATRICK J. FITZGERALD
United States Attorney

By: s/Michael Ferrara
MICHAEL FERRARA
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 886-7649