UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 09 CR 672-3 |
| | ) | Judge Ronald A. Guzman |
| MANUEL FERNANDEZ-NAVARRO | ) | |

REPORT OF AGREEMENTS ON PRETRIAL DISCOVERY MATTERS

Defendant Manuel Fernandez-Navarro, through one of his counsel, Francis C. Lipuma, respectfully submits to this Honorable Court a report of agreements between the defendant and the government regarding certain pretrial discovery and inspection matters, pursuant to Local Criminal Rule 16.1. Undersigned counsel participated in a discovery conference with counsel for the government relating to timetables and procedures for routine pretrial discovery matters as required under the local rule. The agreements reached to date between the parties consist of the following:

1. The parties agreed to inspecting, copying, and photographing any information subject to disclosure as set forth in Rule 16 of the Federal Rules of Criminal Procedure.

2. The defendant requested, and the government agreed to preserve the written notes of government agents to the extent they still exist.

3. The defendant requested, and the government agreed that it would notify and identify the defendant of any Rule 404(b) evidence one month prior to the date scheduled for trial.

4. The defendant requested, and the government agreed that it would file a *Santiago* proffer one month prior to the date scheduled for trial.

5. The government acknowledged it would produce any remaining §3500 material and *Giglio* material to the defendant one month prior to the date scheduled for trial. The defendant

acknowledged he would produce any statements of defense witnesses to the government one month before trial.

6. The parties also recognized their continuing duties to disclose additional evidence or material identified or obtained after the dates set forth above, and the parties will promptly disclose the existence of any such evidence or material to each other in accordance with Rule 16(c) of the Federal Rules of Criminal Procedure.

Respectfully submitted,

s/ Francis C. Lipuma
Francis C. Lipuma
Attorney for Defendant
Manuel Fernandez-Navarro

Francis C. Lipuma
300 South Wacker Drive
Suite 1700
Chicago, Illinois 60606
(312) 675-0089

CERTIFICATE OF SERVICE

I, Francis C. Lipuma, an attorney, do hereby certify that I caused a copy of "Report Of Agreements On Pretrial Discovery Matters" to be served upon:

Michael Ferrara
U.S. Attorney's Office
219 South Dearborn Street
Chicago, IL 60604

pursuant to Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, L.R. 5.5, and the General Order on Electronic Case Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

s/ Francis C. Lipuma
Francis C. Lipuma
300 South Wacker Drive
Suite 1700
Chicago, IL 60606
(312) 675-0089