FILED
8/14/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

KG

Prob 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

DOCKET NUMBER *(Tran. Court)*
1:09CR00672

DOCKET NUMBER *(Rec. Court)*
Docket 5:25-cr-00259-KK

NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE
Manuel Fernandez-Navarro

FILED
CLERK, U.S. DISTRICT COURT
08/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

DISTRICT
Illinois Northern

DIVISION
Eastern

NAME OF SENTENCING JUDGE
Mary M. Rowland

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 5/10/2023 | 5/9/2028 |

OFFENSE

CONSPIRACY TO DISTRIBUTE NARCOTICS 21:846=ND.F

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois "

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the CD/CA, Riverside upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 31,2025
*Date*

Mary M Rowland
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CD/CA, Riverside

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 4, 2025
*Effective Date*

Dolly M. Gee
*United States District Judge*