Prob 22
(Rev. 01/24)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:09CR00672 |
| DOCKET NUMBER *(Rec. Court)* | Docket 5:25-cr-00259-KK |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Manuel Fernandez-Navarro | Illinois Northern | Eastern |
| | NAME OF SENTENCING JUDGE: Mary M. Rowland | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 5/10/2023 — TO 5/9/2028 |

FILED
CLERK, U.S. DISTRICT COURT
08/11/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: AP DEPUTY

OFFENSE

CONSPIRACY TO DISTRIBUTE NARCOTICS 21:846=ND.F

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)

FILED
AUG 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
MN

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "Northern District of Illinois "

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the CD/CA, Riverside upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

July 31,2025
*Date*

Mary M Rowland
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE CD/CA, Riverside

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 4, 2025
*Effective Date*

Dolly M. Gee
*United States District Judge*

# United States District Court
Central District of California
## Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk of Court
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer
255 East Temple Street, Suite 1410
Los Angeles, CA 90012-1565

**Benjamin Medina**
Chief Deputy of Administration
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

**Maya Roy**
Chief Deputy of Operations
350 West 1st Street, Suite 4311
Los Angeles, CA 90012-4565

August 11, 2025

Clerk, United States District Court

Northern District of Illinois

Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2050
Chicago, IL 60604

Re: Transfer of Jurisdiction of Probation

Your Case No. 1:09CR00672

Assigned Our Case No. 5:25-cr-00259-KK

Case Title: USA v. Fernandez-Navarro

Dear Sir/Madam:

Enclosed please find:

☒ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer to this district as accepted by Judge Dolly M. Gee.

Please forward to this district copies of the following documents:

1) Indictment, Information, or Complaint
2) Judgment and Probationary Order
3) If a Class A Misdemeanor, a copy of a signed Consent to proceed before a magistrate judge, and/or document reflecting such consent, or waiver form.

The probationer has been assigned our case number as referenced above. Please include this case number in all future correspondence.

☐ the original Probation Form 22, Transfer of Jurisdiction, of the above-named probationer, which has been denied by Judge ________________________.

Sincerely,

Clerk, U.S. District Court

By ______________________
Deputy Clerk

cc: Probation Office, Central District of California
Probation Office, District of Origin

Everett McKinley Dirksen United States Courthouse
219 South Dearborn Street, Room 2050
Chicago, IL 60604

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

OFFICIAL BUSINESS

quadient
FIRST-CLASS MAIL
IMI
$001.90
08/14/2025 ZIP 9001
043M31268156

RECEIVED
AUG 19 2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT